# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE APONTE**                                                    **PLAINTIFF**

v.                              No. 4:24-cv-1053-DPM

**PORTFOLIO RECOVERY**
**ASSOCIATES LLC**                                                     **DEFENDANT**

## ORDER

1. Aponte's motion to proceed *in forma pauperis*, Doc. 1, is granted. He reports little income.

2. The Court must screen Aponte's complaint. 28 U.S.C. § 1915(e)(2). This action is brought under the Fair Debt Collections Act. In 2021, Portfolio Recovery acquired debt from Capital One Bank. Aponte allegedly owed the debt. He denies the debt is his, saying that Portfolio Recovery has illegally ignored all of his attempts to dispute it. He makes the following allegations:

   - Portfolio Recovery failed to provide sufficient validation of the debt in violation of 15 U.S.C. § 1692g(b).

   - Portfolio Recovery failed to notify the consumer reporting agencies that Aponte disputed the debt as required by 15 U.S.C. § 1692e(8). As a result, Aponte's alleged debt was inaccurately reported to potential third party lenders in violation of 15 U.S.C. § 1692e(2)(A) and § 1692e(8).

- Portfolio Recovery falsely represented that it is authorized to collect the alleged debt in violation of 15 U.S.C. § 1682e(5).

- Portfolio Recovery attempted to collect on a debt unauthorized by any recorded agreement in violation of 15 U.S.C. § 1692f(1).

*Doc. 2 at 4–5.* Aponte has pleaded enough facts to justify service of his lawsuit.

The Clerk must issue summons and provide it and a copy of the complaint, *Doc. 2*, to the U.S. Marshal. The Court directs the Marshal to serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on the address provided by Aponte.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2024