IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE APONTE                                                         PLAINTIFF

v.                              No. 4:24-cv-1053-DPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC                                                         DEFENDANT

ORDER

Aponte's opposition to Portfolio Recovery's motion for judgment on the pleadings contained citations to cases that don't exist. The Court identified those cases in its March 2025 Order and asked Aponte to explain why he cited them. *Doc. 24.* Aponte hasn't responded to the Court's request for explanation. Because Aponte is not a lawyer, he may not understand that the Court can assess monetary sanctions for the conduct it identified in reviewing his papers. Fed. R. Civ. P. 11(c)(1). Another Judge of this Court, for example, recently fined a represented party $1,000 in similar circumstances. *Nguyen v. Savage Enterprises*, No. 4:24-cv-815-BSM, 2025 WL 679024 (E.D. Ark. 3 March 2025). Unless the Court hears from Aponte by 18 April 2025, and is satisfied with his explanation, the Court will order him to pay $500 into the registry of this Court as a sanction for citing nonexistent authority.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2025