IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE APONTE

PLAINTIFF

V

PORTFOLIO RECOVERY ASSOCIATES, LLC

DEFENDANT.

Case No. 4:24-cv-01053

Judge D P Marshall Jr.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 07 2025

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

**Plaintiff's Notice in Response to Court Order (Doc. 24)**

To the United States District Court, Eastern District of Arkansas, Central Division:

I, Lawrence Aponte, am writing this notice in response to the Court's Orders dated March 4, 2025 (Document 24) and April 3, 2025 (Document 28). These orders asked me to explain why I included incorrect case citations in my Opposition to Defendant's Motion for Judgment on the Pleadings (Document 18). I am representing myself in this case, Case No. 4:24-cv-01053-DPM, against Portfolio Recovery Associates, LLC.

In my Opposition filing, I referenced two cases: "Johnson v. Dodson Pub. Sch., 2019 WL 2501466 (E.D. Ark. 2019)" and "Mabry v. AmeriCredit Fin. Servs., Inc., 567 F.3d 1207, 1214 (10th Cir. 2009)." I admit that these citations are wrong and do not match real cases as I intended. This was an honest mistake on my part. I don't have legal training, and as someone handling my own case, I made an error while trying to research and write my arguments. I

## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

thought these references were correct when I included them, but I now see they were not, and I take full responsibility for getting them wrong.

I am very sorry to the Court for this mistake and for any trouble or confusion it caused. I didn't mean to mislead anyone or make it seem like I was citing real cases that don't exist. Because I'm not a lawyer, I'm still figuring out how to do things correctly in this process, like following the rules the Court mentioned in its Initial Order for Pro Se Plaintiffs (Document 5). I feel bad about this error and promise to be more careful with my citations from now on.

Since I'm representing myself and didn't mean to make this mistake, I respectfully ask the Court to be lenient with me and not impose the $500 sanction mentioned in the April 3 Order. I'll do my best to follow all the rules going forward and make sure this doesn't happen again. I hope the Court will give me a chance to fix this without a penalty.

Thank you for considering my explanation.

Dated: April 7TH 2025

Respectfully submitted,

Lawrence Aponte

1920 Scott St Apt A

Little Rock, AR 72206-2390

flex2264@gmail.com