IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE APONTE**                                                          PLAINTIFF

v.                              No. 4:24-cv-1053-DPM

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**                                                            DEFENDANT

## ORDER

The Court appreciates Aponte's response and apology. The show cause Orders, *Doc. 24 at 6 & Doc. 28*, are discharged. The Court will not impose any sanctions. But, the Court admonishes Aponte: He must verify all sources he cites in his court filings, especially cases, statutes, regulations, and other legal authorities; and he should cultivate a healthy skepticism about materials located with internet searches and especially about materials that are (or could have been) generated by artificial intelligence.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 April 2025