# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE APONTE**                                                                 **PLAINTIFF**

v.                               No. 4:24-cv-1053-DPM

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**                                                                   **DEFENDANT**

## ORDER

Joint motion for Protective Order, *Doc. 26*, granted as modified. A Protective Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025