IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE APONTE**                                                                 **PLAINTIFF**

v.                                            No. 4:24-cv-1053-DPM

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**                                                                   **DEFENDANT**

## ORDER

**1.** Motion, *Doc. 39*, noted. Please file an addendum indicating whether the motion is agreed or opposed and attaching a redlined version of the proposed amended complaint. LOCAL RULE 5.5(e); *Doc. 32 at 4*. Addendum due by 3 June 2025. Motion, *Doc. 36*, denied as moot.

**2.** Joint 26(f) report, *Doc. 38*, noted. The parties may expedite discovery by agreement without leave from the Court. The Court will modify the deadline for proposed pleading amendments, but otherwise prefers its deadlines. A Final Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2025