IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE APONTE                                                    PLAINTIFF

v.                          No. 4:24-cv-1053-DPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC                                                    DEFENDANT

### ORDER

Aponte's motion for leave to amend his complaint, *Doc. 39*, is granted with a caveat.  While there will be some additional work, Portfolio will not be substantially prejudiced.  Aponte moved to amend well within the proposed deadline set by the Initial Scheduling Order. *Doc. 32 at 3*.  And leave to amend should be freely given when justice requires.  Fed. R. Civ. P. 15(a)(2).

The Court is not persuaded, at first blush, by Portfolio's futility arguments.  Discovery is ongoing, and Aponte's 15 U.S.C. § 1692e(8) claim may develop with the case. So it stays in.  The caveat: Portfolio is right when it says that it's a furnisher, not a consumer reporting agency as described in 15 U.S.C. § 1681i(a)(5)(B).  It would be futile for Aponte to add a claim under § 1681i(a)(5)(B), so he can't.

*

Motion, *Doc. 39*, granted as specified.  Aponte can bring his § 1692e(8), § 1692f, and § 1681s-2(b) claims.  He cannot bring a

§1681i(a)(5)(B) claim. Conforming amended complaint due by 23 June 2025.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 June 2025