# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE APONTE**  PLAINTIFF

v.  No. 4:24-cv-1053-DPM

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**  DEFENDANT

## ORDER

The Court notes, and strikes, Aponte's third amended complaint, *Doc. 47*. At this point in the case, a party must seek and receive the Court's permission to file an amended pleading. Fed. R. Civ. P. 15(a)(2); *Doc. 41 at 2*. And the Final Scheduling Order's deadline for proposing amended pleadings passed a few weeks before Aponte filed his latest complaint. *Doc. 41 at 1*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2026