IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE APONTE                                                         PLAINTIFF

v.                              No. 4:24-cv-1053-DPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC                                                        DEFENDANT

### ORDER

This case needs untangling.

Aponte's second amended complaint, *Doc. 46*, is the operative one. He pleads claims under 15 U.S.C. § 1681i(a)(5)(B)(ii), § 1681s-2(a)(3), and § 1681s-2(b). The Court *sua sponte* struck his third amended complaint, because it was filed without asking for leave to file it. *Doc. 48*. In response, Portfolio moved to strike the second amended complaint for including a § 1681i(a)(5)(B)(ii) claim, which the Court had rejected in an earlier Order, *Doc. 45*. The Court should have recognized, but didn't, that Aponte was trying to fix this defect with his second amended complaint. Portfolio had informally alerted him to it. Aponte has now asked for leave to file a fourth amended complaint.

Aponte proposes to claim violations of § 1681s-2(a)(3) and § 1681s-2(b). He abandons his § 1681(i)(a)(5)(B)(ii) claim. His proposed allegations are substantially similar to those in his operative complaint. *Compare Doc. 46 with Doc. 50-1.*

Portfolio contends that Aponte's § 1681s-2(a)(3) and § 1681s-2(b) claims are futile. *Zutz v. Nelson*, 601 F.3d 842, 50–51 (8th Cir. 2010). It does so, in part, by referencing materials that are neither embraced by the pleadings nor matters of public record. *Doc. 51 at 2*. The Court can't consider those materials at this point. *Greenman v. Jessen*, 787 F.3d 882, 887 (8th Cir. 2015). Considering the pleaded facts, the applicable statutory provisions, and the precedent, the Court is not persuaded that Aponte's claims are futile.

This case needs to get moving to the merits. Aponte's motion, *Doc. 50*, is granted for good cause. He must file his proposed fourth amended complaint by 15 September 2025. Portfolio's motion, *Doc. 49*, is denied. Given the proceedings so far, the Court discourages any further amended complaints, as well as any more Rule 12 motions. The Court's tentative view is that this case is best resolved by motion for summary judgment or trial.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2025