**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAWRENCE APONTE** **PLAINTIFF**

**v.** **No. 4:24-cv-1053-DPM**

**PORTFOLIO RECOVERY ASSOCIATES, LLC** **DEFENDANT**

**ORDER**

Joint stipulation, *Doc. 12*, appreciated. This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 August 2026