IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE APONTE PLAINTIFF

v. No. 4:24-cv-1053-DPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC DEFENDANT

# JUDGMENT

Aponte's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 October 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

31 August 2026